

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00242-CV

IN RE BILLY WAYNE GREEN                                   RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 15-03993-431

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's "Motion to File Single Copy" and grants

the motion.  The court has also considered relator's petition for writ of mandamus

and is of the opinion that relief should be denied.  Accordingly, relator's petition

for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  WALKER, MEIER, and SUDDERTH, JJ.

DELIVERED:  August 6, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).